390 A.2d 315

Wilke et al., Appellants, v. Berger et al.

Kochie, Appellant, v. Berger et al.

Argued March 22, 1978. Anthony Roberti, for appellants; Roger N. Nanovic, for appellees.

Orders affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.